■ ACS State & Local Solutions, Inc., Appellant, v Citicorp Electronic Financial Services, Inc., Respondent. [771 NYS2d 898]—

Orders, Supreme Court, New York County (Charles Ramos, J.), entered January 6, 2003 and August 12, 2003, respectively, which, to the extent appealable, inter alia, granted defendant's motions for summary judgment, declaring that defendant's termination of the subject contracts with plaintiff was valid and otherwise dismissing the complaint, and denied plaintiff's motion for renewal, unanimously affirmed, without costs.

The motion court properly concluded that the intention of the parties was fully determinable from the language of the subject agreements (*see Kass v Kass*, 91 NY2d 554, 566 [1998]; *Elletson v Bonded Insulation Co.*, 272 AD2d 825, 827 [2000]) and that defendant's termination of those agreements was accomplished in accordance with the agreements' unambiguous terms.

Plaintiff's motion for renewal was properly denied inasmuch as the purportedly new facts upon which it was premised would not have warranted a change in the prior determination (*see* CPLR 2221 [e] [2]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Buckley, P.J., Mazzarelli, Saxe, Ellerin and Marlow, JJ.